U.S. District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LISA MARIE WILLIAMS,<br><br>*Plaintiff*,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>*Defendant*. | Case No.  3:13-CV-05037-BHS<br><br>ORDER ON STIPULATED MOTION FOR EAJA FEES AND EXPENSES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $4,272.00, and expenses in the amount of $66.20 ($16.70 for postage and $49.50 for process of service fees) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) shall be awarded to Plaintiff.  *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, Sara M. Herr-Waldroup, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

ORDER FOR EAJA FEES AND EXPENSES
Case No. 3:13-CV-05037-BHS – Page 1

Whether the check is made payable to Plaintiff, or to Sara M. Herr-Waldroup, the check shall be mailed to Ms. Herr-Waldroup at the following address: 3811-A Broadway, Everett, WA 98201.

Dated this 15th day of April, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

S/ SARA M. HERR-WALDROUP
SARA M. HERR-WALDORUP, WSBA # 43782
Attorney for Plaintiff, Lisa Marie Williams
Russell and Hill, PLLC
3811-A Broadway
Everett, WA  98201
(425) 212-9165
(425) 212-9168 (fax)
sara@russellandhill.com